IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNEST R. STALEY,

       Plaintiff,

v.                                           4:05cv395-WS

JOSE BARRON, JR.,
Warden, FCI Marianna, Florida,

       Defendant.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed November 1, 2005. See Doc. 2. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed for lack of jurisdiction. The petitioner has filed objections (doc. 3) to the report and recommendation.

Having carefully considered the report and recommendation in light of the defendant's objections thereto, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is summarily DISMISSED.

2.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this December 1, 2005.

   /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE